THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APERTURE NET LLC,<br><br>Plaintiff,<br><br>v.<br><br>WATCHGUARD TECHNOLOGIES, INC.,<br><br>Defendant. | Cause No. 2:20-cv-00816-JLR<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER<br><br>**Noted for Consideration:**<br>**July 15, 2020** |

### UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff Aperture Net LLC respectfully moves for an extension of time for Defendant Watchguard Technologies Inc. to file an answer or otherwise respond to Plaintiff's complaint. The current deadline to respond is July 17, 2020. Plaintiff requests a 30-day extension of Defendant's Answer deadline to August 17, 2020. This extension is not meant for improper delay of this proceeding. Defendant has represented to Plaintiff that it will use the additional time to review the allegations in the Complaint and draft the appropriate response.

Dated: July 15, 2020                         Respectfully submitted,

                                             */s/ Philip P. Mann*
                                             Philip P. Mann, WSBA No: 28860
                                             **Mann Law Group PLLC**
                                             1420 Fifth Avenue, Suite 2200

UNOPPOSED MOTION FOR EXTENSION OF TIME
Cause No. C20-00816-JLR

1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Seattle, Washington  98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

KIRK J. ANDERSON (CA SBN 289043)
(*Pro Hac Vice* forthcoming)
kanderson@budolaw.com
B̲udo L̲aw P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)
***Attorneys for Plaintiff Aperture Net LLC***

UNOPPOSED MOTION FOR EXTENSION OF TIME
Cause No. C20-00816-JLR

2

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| APERTURE NET LLC, | Cause No. 2:20-cv-00816-JLR |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO ANSWER |
| v. | **Noted for Consideration:** |
| WATCHGUARD TECHNOLOGIES, INC., | **July 15, 2020** |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time Defendant Watchguard Technologies Inc. has to answer, move, or otherwise respond to Plaintiff Aperture Net LLC's Complaint is extended to August 17, 2020.

_____
Hon. James L. Robart

Presented by:

MANN LAW GROUP PLLC

Attorneys for Plaintiff

By:

*/Philip P. Mann*

Philip P. Mann, WSBA # 28860
Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101

ORDER
Cause No. 20-cv-00816 JLR - 1

1 | (206) 436-0900
Fax (866) 341-5140
2 | phil@mannlawgroup.com

3

4 | KIRK J. ANDERSON (CA SBN 289043)
(Pro Hac Vice forthcoming)
5 | kanderson@budolaw.com
Budo Law P.C.
6 | 5610 Ward Rd., Suite #300
Arvada, CO 80002
7 | (720) 225-9440 (Phone)
(720) 225-9331 (Fax)
8

9 | **Attorneys for Plaintiff Aperture Net LLC**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER
Cause No. 20-cv-00816 JLR  - 2